■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY SHELTON, Appellant.

Defendant's claims regarding the sufficiency of the plea allocution are unpreserved for appellate review as a matter of law (CPL 470.05 [2]; *People v Pellegrino,* 60 NY2d 636; *People v Mattocks,* 100 AD2d 944). Moreover, reversal is not warranted in the interest of justice because the record of the allocution establishes that defendant knowingly and voluntarily pleaded guilty (*see, People v Harris,* 61 NY2d 9; *People v Nixon,* 21 NY2d 338, *cert denied sub nom. Robinson v New York,* 393 US 1067).

Finally, we perceive no basis for concluding that the sentence imposed, which was the product of a negotiated plea, warrants modification in the interest of justice (*People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Titone, J. P., Thompson, Bracken and Rubin, JJ., concur.